```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIANGKAI ZENG,<br><br>           Plaintiff,<br><br>      v.<br><br>UR M. JADDOU, *et al.*,<br><br>           Defendants. | C 5:24-cv-06086 VKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>Re: Dkt. No. 7 |

Plaintiff, proceeding *pro se*, and Defendants, through their attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response by December 9, 2024. The parties make this request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration ("USCIS") scheduled an interview for Plaintiff for November 7, 2024. USCIS will work diligently towards completing adjudication of the I-485 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

The parties further request a corresponding extension on the deadline for filing a motion for

Stipulation to Stay
C 5:24-cv-06086 VKD                                1

summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or December 30, 2024. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by January 29, 2025.

Dated: October 21, 2024                     Respectfully submitted[1],

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                  */s/ Elizabeth D. Kurlan*
                                                  ELIZABETH D. KURLAN
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

Dated: October 21, 2024

                                                  */s/ Xiangkai Zeng*
                                                  XIANGKAI ZENG
                                                  *Pro Se*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 22, 2024

                                                  VIRGINIA K. DEMARCHI
                                                  United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.